IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Criminal Case No.  06-0483-01   (AK) |
| | ) |
| AIDA NIANG, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500