UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0483M-01 (CR) |
| | : | |
| AIDA NIANG, | : | VIOLATION: 18 U.S.C. § 656 |
| | : | (Bank Embezzlement) |
| Defendant. | : | |

### I N F O R M A T I O N

The United States informs the Court**:**

### COUNT ONE

I.   Introduction

At all times material to this Information:

 l. M & T Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

 2. Defendant **AIDA NIANG** was employed as a teller from about November 2005 through on or about March 2006 at M & T Bank located at 3464 Georgia Avenue, N.W. in Washington, D.C.

 3. From in or about November 2005, through in or about March 2006, in the District of Columbia, Defendant **AIDA NIANG** did knowingly, and with the intent to injure and defraud, embezzle money from M & T Bank by on multiple occasions improperly taking cash from a teller

drawer belonging to M & T Bank and its customers, without permission and authority, and using the money for her own benefit and use.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610


_____
ANGELA HART-EDWARDS
Assistant United States Attorney
United States Attorneys Office
PA. Bar 61468
Federal Major Crimes Section
555 4th Street, N.W. (Room 4241)
Washington, D.C.  20530
(202) 307-0031