UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA     :

v.                           :   Magistrate No.

AIDA NIANG,                  :        06-483M

        Defendant.           :

JAN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant AIDA NIANG agrees and stipulates as follows:

Beginning in or about November 2005, through up to and including March 2006, Aida Niang worked as a teller at M & T Bank at 3464 Georgia Avenue, N.W. in Washington, D.C. At all relevant times, M & T Bank was a financial institution operating in the District of Columbia and elsewhere with deposits insured by the Federal Deposit Insurance Corporation.

At all times relevant to this matter, Ms. Niang was an employee-teller at M & T Bank at its 3464 Georgia Avenue, N.W. location - a branch within the District of Columbia. Beginning in or ~~November 2005~~ STET ~~about January 2006~~, and continuing up to in or about March 2006, Ms. Niang executed a scheme to about January 2006 embezzle money, that is, United States currency, from M & T Bank by using her position as a teller to gain access to cash and willfully embezzle, abstract, purloin and steal money by removing U.S. currency from teller drawers under her control and converting the money to her own use.

On approximately three occasions from in or about January 2006, and continuing up to in or about March 2006, Ms. Niang willfully and knowingly removed U.S. Currency from the teller drawer under her control. Ms. Niang hid her theft by creating bogus transactions. Ms. Niang would key in non-existent transactions to keep her cash drawer in balance. Ms. Niang would debit customers' accounts and then later void the transaction. On March 17, 2006, Ms. Niang put through

a bogus transaction that she forgot to void which resulted in the M & T customer Clifton King being debited one thousand nine hundred dollars ($1,900) for a cash withdrawal that he did not make. Specifically, during these three months, a teller drawer under Ms. Niang's control was missing a total of five thousand seven hundred sixty eight dollars ($5,768) and she misappropriated funds from customer's account in the amount of one thousand nine hundred dollars ($1,900).

On or about March 30, 2006 and September 28, 2006, bank officials and FBI Agent K. Bender, respectively, interviewed Ms. Niang about the withdrawal from a customer's account that she did not make and shortages in the teller drawer under Ms. Niang's control. Ms. Niang admitted that on three occasions she embezzled currency from M & T Bank by removing substantial currency from the teller drawer under her control to pay for the burial of her cousin in Africa. Since her discharge, Ms. Niang has returned three thousand dollars ($3,000) to M & T Bank. Ms. Niang agrees to repay the remaining four thousand six hundred sixty eight dollars ($4,668) to M & T Bank.

Through her scheme, Ms. Niang has caused a loss of at least $7,668 to M & T Bank.

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 1/29/07

AIDA NIANG
Defendant

I have discussed this Statement of Offense with my client, Aida Niang. I concur with her decision to stipulate to this Statement of Offense.

Date: 1/29/07

Laura Quint, Esq.
Counsel for the Defendant