UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Criminal No: 06-483

Aida Niang

Defendant

### CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11.

The United States Magistrate Judge has explained to me that I am charged with a ~~felony~~ *misdemeanor* and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a ~~felony~~ *misdemeanor* be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case.

### WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury.

_____
Defendant's Signature

Consented to by the United States:

_____
Signature of Government Counsel

Angela H.A. Edward, AUSA
Printed Name and Title

### REPORT AND RECOMMENDATION

[N/A — struck through]

On _____ the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquiries required by FED. R. CRIM. P. 11, the undersigned concludes that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by pleading guilty. Accordingly, the undersigned recommends accepting defendant's plea of guilty.

_____
United States Magistrate Judge