IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 06-483M (DAR) | |
| v. ) | | |
| ) | | |
| AIDA NIANG ) | | |
| ) | | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Aida Niang, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing currently scheduled for April 20, 2007 at 1:30 p.m. In support of her motion, Ms. Niang states the following:

Undersigned counsel will be out of the office on April 20th for family medical reasons. At the time the sentencing in this case was scheduled, counsel did not intend to be out of the office. Counsel has consulted with counsel for the government and the latter has no objection to the instany request. Counsel suggest that Ms. Niang's sentencing be rescheduled for the 25th, 26th, or 27th of April.[1]

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender

---

[1] Counsel are available any time on the 25th, before 4:00 p.m. on the 26th, and after 1:00 p.m. on the 27th.

625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> AIDA NIANG ) <br> _____) | Cr. No. 06-483M (DAR) |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing hearing scheduled for April 20, 2007 at 1:30 is VACATED, and that sentencing in this case is scheduled for _____, 2007 at _____ a.m./p.m.

SO ORDERED.

_____       _____
DATE                      THE HONORABLE DEBORAH A. ROBINSON
                          UNITED STATES MAGISTRATE JUDGE


Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD