THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                            ) <br> ) <br> AIDA NIANG               ) <br> _____) | Cr. No. 06-483M (DAR) |

**FILED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing hearing scheduled for April 20, 2007 at 1:30 is VACATED, and that sentencing in this case is scheduled for Wed., Apr. 25, 2007 at 11:00 a.m./p.m.

SO ORDERED.

April 16, 2007
DATE

THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD