THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
            v.           )   Cr. No. 06-483M (DAR)
                         )
AIDA NIANG               )
                         )

**FILED**

SEP 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Defendant's Motion for Leave to Travel, it is by the Court hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

September 5, 2007
DATE

THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD