IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-483M (DAR) |
| v. | ) | |
| | ) | |
| AIDA NIANG | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL**

    Defendant, Aida Niang, through undersigned counsel, respectfully moves this Honorable Court for leave to travel outside the jurisdiction. Ms. Niang would like to leave Washington, D.C. on December 4, 2007 and return approximately three weeks to one month later.

    As the Court is aware, Ms. Niang's family resides in Senegal. Ms. Niang just learned that her mother passed away last night, and she would like to travel to attend her funeral and spend some time with her siblings and other family members. Ms. Niang knows there are seats available on a plane leaving December 4th but, at this point, does not have a specific date for a return ticket.

    On January 29, 2007, Ms. Niang pled guilty to one count of misdemeanor bank embezzlement in accordance with a written plea agreement. The Court sentenced her to 18 months' supervised probation on April 25, 2007. Since that time, Ms. Niang has maintained employment and incurred no infractions whatsoever of her probationary conditions. Ms. Niang is a citizen of the United States, has attended school here, and has friends in the community and a stable residence. She intends to return to the Washington, D.C. metropolitan area and her home after her visit with her family.  In September, Ms. Niang made a similar request of the Court when her father passed away. The request to travel was granted, and Mr. Niang returned as

promised and has been in consistent touch with her probation officer.

For the reasons set forth above, Ms. Niang asks this Court to allow her to travel to Senegal.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Cr. No. 06-483M (DAR)** |
| v. | ) | |
| | ) | |
| AIDA NIANG | ) | |
| _____ | ) | |

### ORDER

Upon consideration of Defendant's Motion for Leave to Travel, it is by the Court hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

_____  _____

DATE                THE HONORABLE DEBORAH A. ROBINSON
                    UNITED STATES MAGISTRATE JUDGE


Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD