THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                          )
            v.            )      Cr. No. 06-483M (DAR)
                          )
AIDA NIANG                )
_____)

**FILED**
DEC 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion for Leave to Travel, it is by the Court hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

_December 3, 2007_                    _/s/ Deborah A. Robinson_
DATE                                  THE HONORABLE DEBORAH A. ROBINSON
                                      UNITED STATES MAGISTRATE JUDGE


Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD