IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AIDA NIANG )<br>_____) | Cr. No. 06-483M (DAR) |

### DEFENDANT'S MOTION FOR EARLY TERMINATION

Defendant, Aida Niang, through undersigned counsel, respectfully moves this Honorable Court for early termination of her probation. In support of her motion, Ms. Niang submits the following.

On January 29, 2007, Ms. Niang pled guilty to one count of misdemeanor bank embezzlement in accordance with a written plea agreement. The Court sentenced her to 18 months' supervised probation on April 25, 2007. Since that time, Ms. Niang has paid the full $4,668 dollars ordered in restitution and has incurred no infractions whatsoever of her probationary conditions. On two occasions, Ms. Niang was granted permission by the Court to travel to her native home of Senegal to attend her parents' funerals and both times Ms. Niang returned when anticipated and maintained contact with the Probation Office. Ms. Niang is currently employed at Oului Hair Braiding in Washington, D.C. and has been employed consistently during the pendency of her case.

Ms. Niang's sentence of probation is scheduled to terminate in October, 2008. Though Ms. Niang is a US citizen and received her higher education in this country, she misses her family greatly and intends to return to Senegal permanently. In light of her perfect compliance and the fact that she completed her restitution payments ahead of schedule, she is asking the

Court to terminate her supervision three months early. Should the Court grant her relief, Ms. Niang would make plans to return to West Africa immediately.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____

        LARA G. QUINT
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                )<br>       v.                    )<br>                                )<br>AIDA NIANG               )<br>_____) | Cr. No. 06-483M (DAR) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion for Early Termination, it is by the Court hereby

ORDERED that the motion is GRANTED and that Ms. Niang's probation is terminated.

SO ORDERED.

_____                                  _____

DATE                                                      THE HONORABLE DEBORAH A. ROBINSON
                                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD