IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                      )<br>                    v.                          )<br>                                                      )<br>AIDA NIANG                         )<br>_____) | Cr. No. 06-483M (DAR) |

**DEFENDANT'S MOTION FOR EARLY TERMINATION**

Defendant, Aida Niang, through undersigned counsel, respectfully moves this Honorable Court for early termination of her probation.  In support of her motion, Ms. Niang submits the following.

On January 29, 2007, Ms. Niang pled guilty to one count of misdemeanor bank embezzlement in accordance with a written plea agreement. The Court sentenced her to 18 months' supervised probation on April 25, 2007. Since that time, Ms. Niang has paid the full $4,668 dollars ordered in restitution and has incurred no infractions whatsoever of her probationary conditions.   On two occasions, Ms. Niang was granted permission by the Court to travel to her native home of Senegal to attend her parents' funerals and both times Ms. Niang returned when anticipated and maintained contact with the Probation Office. Ms. Niang is currently employed at Oului Hair Braiding in Washington, D.C. and has been employed consistently during the pendency of her case.

Ms. Niang's sentence of probation is scheduled to terminate in October, 2008.  Though Ms. Niang is a US citizen and received her higher education in this country, she misses her family greatly and intends to return to Senegal permanently.  In light of her perfect compliance and the fact that she completed her restitution payments ahead of schedule, she is asking the

Court to terminate her supervision three months early. Should the Court grant her relief, Ms. Niang would make plans to return to West Africa immediately.

    Counsel has spoken with Ms. Niang's Probation Officer, Marius Davis, and the latter has no objection to Ms. Niang's motion. Counsel has been unable to determine or reach the US Attorney currently assigned to this case.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____

    LARA G. QUINT
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 06-483M (DAR) | |
| v. ) | | |
| ) | | |
| AIDA NIANG ) | | |
| _____) | | |

**ORDER**

Upon consideration of Defendant's Motion for Early Termination, it is by the Court hereby

ORDERED that the motion is GRANTED and that Ms. Niang's probation is terminated.

SO ORDERED.

_____                    _____

DATE                                           THE HONORABLE DEBORAH A. ROBINSON
                                                    UNITED STATES MAGISTRATE JUDGE


Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD