UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Magistrate  No. 06-483 (DAR) |
| | : | |
| v. | : | |
| | : | |
| AIDA NIANG | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully responds to defendant's request for early termination of probation.

On July 15, 2008, the undersigned counsel contacted the assigned United States Probation Officer ("USPO"), Marius Davis, regarding the defendant's request.  He stated that the defendant has satisfied each special condition and complied with each standard condition of supervised release.  Given that she is in full compliance, he does not oppose her request for early termination of probation.  Similarly, the government does not oppose the defendant's her request for early termination of probation since she has fully complied with every supervised release condition.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

By:  _____/s/_____
Angela S. George, Assistant United States Attorney
DC Bar No. 470-567
Federal Major Crimes Section
555 4th Street, N.W., Room 4444
Washington, D.C.  20530
(202) 514-7315
Angela.George@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading was served upon counsel of record for the defendant, Lara Quint, Federal Public Defender Service, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, through the electronic court filing system, this 15th day of July, 2008.

                                                          /s/
                                    ANGELA S. GEORGE