THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-483M (DAR) |
| v. ) | |
| ) | |
| AIDA NIANG ) | |
| ) | |

FILED
JUL 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's unopposed Motion for Early Termination, it is by the Court hereby

ORDERED that the motion is GRANTED and that Ms. Niang's probation is terminated.

SO ORDERED.

July 15, 2008
DATE

_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela Hart-Edwards, AUSA
Lara Quint, AFPD